IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| BMG, LLC, dba SUBWAY; DALLAS BUTTARS; and KRISTIN MYERS,<br><br>    Plaintiffs,<br><br><br>    vs.<br><br><br>LAYTON CITY; CLINT BOBROWSKI; TRAVIS LYMAN, and John and Jane does 1-10,<br><br>    Defendants. | JUDGMENT IN A CIVIL CASE<br><br><br><br><br>Case No. 1:17-CV-127<br><br>Judge Dee Benson |

IT IS ORDERED AND ADJUDGED that Defendants' Motion to Dismiss is granted and the action is dismissed with prejudice.

DATED this 15th day of March, 2018.

_____
Dee Benson
United States District Judge

1